UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALBA QUIÑONEZ FLORES,

        Plaintiff,

– against –

UNITED STATES OF AMERICA,
DOES 1-10,

        Defendants.

---

**ORDER**

14-CV-3166

**JACK B. WEINSTEIN, Senior United States District Judge:**

Given that the plaintiff is located in New York, and the motions to strike affirmative defenses and to change venue will not be heard in this court until March, the magistrate judge is respectfully requested to expedite such discovery as will assist the court in assessing the merits of the case and other relevant factors in deciding venue.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: January 16, 2015
       Brooklyn, New York