UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
**ALBA QUIÑONEZ FLORES,**
                Plaintiff,

   v.

**UNITED STATES OF AMERICA;**
**DOES 1-10**

                Defendants.
---------------------------------------------------------x

**PLAINTIFF'S NOTICE OF MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CIVIL CONTEMPT AND MOTION FOR PROTECTIVE ORDER**

Civil Action No. 14-CV-3166 (JBW) (RML)

PLEASE TAKE NOTICE that, upon the accompanying Affidavit and Memorandum of Law, Plaintiff Alba Quiñonez Flores will move this Court, before the Honorable Robert M. Levy at 225 Cadman Plaza East, Brooklyn, New York 11201, as soon as may reasonably be heard, for an order to show cause why Defendant United States of America should not be held in civil contempt pursuant to Fed. R. Civ. P. 37(b)(2)(A) and Local Civil Rule 83.6. Plaintiff will also move for a protective order to prevent the unauthorized depositions of Plaintiff and Wilfredo Sandoval Flores.

Dated: April 8, 2015

                                       Respectfully submitted,

                                       /s/ Ira J. Kurzban
                                       Ira J. Kurzban (*pro hac vice*)
                                       Kurzban, Kurzban, Weinger
                                       Tetzeli & Pratt, P.A.
                                       2650 S.W. 27th Ave.
                                       Second Floor
                                       Miami, Florida 33133
                                       Phone: (305) 444-0060
                                       Fax:   (305) 444-3503
                                       Email: ira@kkwtlaw.com

/s/ Jennie Santos-Bourne
Jennie Santos-Bourne (*pro hac vice*)
Americans for Immigrant Justice
3000 Biscayne Blvd.
Suite 400
Miami, Florida 33137
Phone: (305) 573-1106
Fax:     (305) 576-6273
Email: jsantos@aijustice.org

*Counsel for Plaintiff*

TO:

Margaret M. Kolbe
Assistant U.S. Attorney
United States Attorney's Office
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
Margaret.Kolbe2@usdoj.gov

*Counsel for Defendant United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015, I filed the foregoing document and all attachments with the Clerk of Court, using the CM/ECF system, which will send a notification of such filing to the following:

> Margaret M. Kolbe
> Assistant U.S. Attorney
> United States Attorney's Office
> 271 Cadman Plaza East, 7th Floor
> Brooklyn, New York 11201
> Margaret.Kolbe2@usdoj.gov

And I hereby certify that I mailed the foregoing document by U.S. Mail to the following non-filing user:

> None

/s/Ira J. Kurzban
Ira J. Kurzban