UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ALBA QUINONEZ FLORES,

                      Plaintiff,

        v.

UNITED STATES OF AMERICA, DOES 1-10,

                    Defendants.

-------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL
<u>WITH PREJUDICE</u>**

Civil Action No.
CV-14-3166

(Weinstein, J.)
(Levy, M.J.)

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-caption action, Plaintiff, ALBA QUINONEZ FLORES, and defendants, UNITED STATES OF AMERICA, DOES 1-10, by and through their undersigned attorneys, that Plaintiff's complaint against Defendants and all claims therein be and hereby are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or fees to any party as against any other.

      IT IS FURTHER STIPULATED AND AGREED that each party hereto agrees that this dismissal is without costs or fees.  The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be executed in separate counterparts, each of which shall be deemed to be an original.

*Alba Quinonez Flores v. United States*, Civ. No. 14-CV-3166 (Weinstein, J.) (Levy, M.J.)
**Stipulation and Order of Dismissal With Prejudice**
**Page 2**

Once this Stipulation and Order has been signed and so ordered by the Court, the Clerk of

the Court shall enter judgment in this case dismissing the action with prejudice and shall close

the case.

Dated: Miami, Florida

2\2 , 2016

KURZBAN KURZBAN WEINGER
TETZELI & PRATT, P.A.
*Attorneys for Plaintiff*
2650 S.W. 27th Avenue
Second Floor
Miami, Florida 33133

By: _____

IRA KURZBAN
(305) 444-0060
ira@kkwtlaw.com

Dated: Brooklyn, New York
        January 26, 2016

ROBERT L. CAPERS
United States Attorney
*Counsel for Defendant*
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____    /s/_____

SEAN P. GREENE
Assistant U.S. Attorney
(718) 254-6484
sean.greene@usdoj.gov

SO ORDERED this
_____ day of _____, 2016

_____
Honorable Jack B. Weinstein
U.S.D.J. E.D.N.Y.