```
                                                                    FILED
                                                                IN CLERK'S OFFICE
                                                            U.S. DISTRICT COURT E.D.N.Y.

                                                            ★    FEB 1 8 2016    ★
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x   BROOKLYN OFFICE

ALBA QUINONEZ FLORES,                           STIPULATION AND
                                                ORDER OF DISMISSAL
                                                WITH PREJUDICE


                Plaintiff,
                                                Civil Action No.
        v.                                      CV-14-3166

UNITED STATES OF AMERICA, DOES 1-10,            (Weinstein, J.)
                                                (Levy, M.J.)
                Defendants.

------------------------------------------------------------x
```

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, Plaintiff, ALBA QUINONEZ FLORES, and defendants, UNITED STATES OF AMERICA, DOES 1-10, by and through their undersigned attorneys, that Plaintiff's complaint against Defendants and all claims therein be and hereby are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or fees to any party as against any other.

IT IS FURTHER STIPULATED AND AGREED that each party hereto agrees that this dismissal is without costs or fees. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be executed in separate counterparts, each of which shall be deemed to be an original.



*Alba Quinonez Flores v. United States*, Civ. No. 14-CV-3166 (Weinstein, J.) (Levy, M.J.)
Stipulation and Order of Dismissal With Prejudice
Page 2

Once this Stipulation and Order has been signed and so ordered by the Court, the Clerk of the Court shall enter judgment in this case dismissing the action with prejudice and shall close the case.

Dated: Miami, Florida
2\2, 2016

KURZBAN KURZBAN WEINGER
TETZELI & PRATT, P.A.
*Attorneys for Plaintiff*
2650 S.W. 27th Avenue
Second Floor
Miami, Florida 33133

By: _____
IRA KURZBAN
(305) 444-0060
ira@kkwtlaw.com

Dated: Brooklyn, New York
January 26, 2016

ROBERT L. CAPERS
United States Attorney
*Counsel for Defendant*
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____/s/_____
SEAN P. GREENE
Assistant U.S. Attorney
(718) 254-6484
sean.greene@usdoj.gov

close the case
SO ORDERED this
4 day of February 2016.

_____
Honorable Jack B. Weinstein
U.S.D.J. E.D.N.Y.